IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| The UNITED STATES OF AMERICA ex rel. LOWER DRUG PRICES FOR CONSUMERS, LLC;<br><br>        Plaintiff/Relator,<br><br>versus<br><br>ALLERGAN plc,<br>FOREST LABORATORIES, LLC<br>and<br>FOREST LABORATORIES HOLDINGS, LTD.<br><br>        Defendants. | Civil Action No. 5:16-cv-09<br><br>JURY TRIAL DEMANDED |

# RELATOR'S MOTION TO DISMISS WITHOUT PREJUDICE

1

1.  Relator Lower Drug Prices for Consumers, LLC ("Relator") hereby moves this Court for voluntary dismissal of all claims **without prejudice**, to Relator or the United States of America, to refiling.  Relator has not served the Complaint on any of the Defendants to the case.

2.  This qui tam action was brought by Relator on or about January 13, 2016, pursuant to the False Claims Act ("FCA"), 31 U.S.C. §3729 *et seq.*  Relator's claims are premised on an *Inter Partes* Review petition filed by Relator with the Patent Trial and Appeal Board of the United States Patent and Trademark Office ("PTAB") challenging U.S. Patent No. 6,545,040 (the "'040 Patent").

3.  On July 1, 2016, the PTAB issued a final written decision denying institution of *Inter Partes* Review of the '040 Patent. *See Lower Drug Prices for Consumers, LLC v. Forest Laboratories Holdings Limited*, IPR2016-00379, Paper 14 (PTAB July 1, 2016). On July 29, 2016, Relator filed a motion for reconsideration of the decision denying institution. *See id.* at Paper 15. On October 19, 2016 the PTAB denied Relator's motion for reconsideration. *See id.* at Paper 16.  The PTAB's decision denying institution is final and not appealable. *See* 35 U.S.C. §314(d).

4.  In light of the foregoing, Relator seeks to voluntarily dismiss, without prejudice, to Relator or the United States of America, the present action.  In accordance with 31 U.S.C. § 3730(b)(1), Relator has obtained written consent of the Attorney General for dismissal of this action without prejudice.

Respectfully submitted,

Date: December 7, 2016                    **NELSON BUMGARDNER PC**

/s/  Donald Puckett

Donald Puckett – LEAD ATTORNEY
State Bar No. 24013358
Barry Bumgardner
State Bar No. 00793424
Anthony Vecchione
State Bar No. 24061270
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485
Puckett@nelbum.com
Barry@nelbum.com
Anthony@nelbum.com

Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
Texas Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
rmparker@pbatyler.com
rcbunt@pbatyler.com
charley@pbatyler.com

*Counsel for Plaintiff / Relator Lower Drug Prices for Consumers, LLC*